

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| D'WANNA WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:21-cv-01515-JHE |
| FRIS CHKN, LLC, | ) |
| Defendant. | ) |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff has voluntarily dismissed this action with prejudice.

Therefore, at the direction of the Honorable John H. England, III, this case is closed.

DATED: October 13, 2021

SHARON N. HARRIS, CLERK

By: _s/ M. Barnes_____
   Deputy Clerk